

The following constitutes the order of the court.
Signed October 17, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Ralph Dismas Morales,

               Debtor.

No. 16-40288

Chapter 7

**MEMORANDUM RE: REQUEST FOR EXTENSION OF TIME**

    On October 7, 2016, Debtor in the above-captioned case filed the *Motion to Extend Time* (doc. 76) (the "Motion"). Having considered the Motion, it is unclear to the Court what "paperwork" is being referenced. Debtor must submit a more precise request whereby the Court can determine what deadline is being extended and/or what documents are required.

**\*END OF MEMORANDUM\***

1

## COURT SERVICE LIST

**Ralph Dismas Morales**
2943 Butte Street
Hayward, CA 94541