

**The following constitutes the order of the court.
Signed February 8, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re | &#124; | No. 16-40288 |
| | &#124; | Chapter 13 |
| Ralph Dismas Morales, | &#124; | |
| | &#124; | |
| Debtor. | &#124; | |

**MEMORANDUM RE: IMPENDING DISMISSAL**

On January 11, 2017, Debtor filed his *Amended Schedule C with declaration* (doc. 102). The Court notes that the Debtor properly included Official Form 106Dec in the filing. However, the Court also notes that Debtor did not include Official Form 106Dec, which by its own terms directs that a debtor "must file this form whenever you file bankruptcy schedules or amended schedules," along with previously-filed schedules. For good cause appearing, the Court hereby gives Debtor two weeks from the date of entry of this order to properly include Official Form 106Dec with his schedules. If Debtor fails to do so, this case may be dismissed without further notice or a hearing.

**\*END OF MEMORANDUM\***

## COURT SERVICE LIST

Matthew M. Spielberg
Law Offices of Matthew M. Spielberg
21855 Redwood Rd.
Castro Valley, CA 94546-6435

Ralph Dismas Morales
2943 Butte Street
Hayward, CA 94541